# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. **06-03122-01-CR-S-GAF** |
| ) | |
| **Plaintiff,** ) | |
| ) | **COUNT ONE:** |
| vs. ) | **18 U.S.C. §§ 2511(1)(a) and (4)** |
| ) | **NMT 5 years and $250,000 fine** |
| **RICHARD A. HUGH,** ) | **Supervised Release: NMT 3 years** |
| [DOB: xx-x-52] ) | |
| ) | **COUNT TWO:** |
| **Defendant.** ) | **18 U.S.C. § 1512(b)** |
| ) | **NMT 10 years and $250,000 fine** |
| ) | **Supervised Release: NMT 3 years** |
| ) | |
| ) | **$100 Mandatory Penalty Assessment, each** |
| ) | **count.** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### Count One

On or about December 13, 2005, and continuing until on or about December 24, 2005, in Greene County, in the Western District of Missouri, the defendant, RICHARD A. HUGH, did intentionally intercept, endeavor to intercept, and procure another person to intercept one or more wire communications, that is, telephone voice communications through telephone facilities located at xxxx N. Lexington Avenue, Springfield, Missouri, in violation of Title 18, United States Code, Section 2511(1)(a) and (4).

### Count Two

On or about February 28, 2006, in Greene County, in the Western District of Missouri, the defendant, RICHARD A. HUGH, did knowingly attempt to corruptly persuade Kimberly Loftis by agreeing to pay her Five Hundred Dollars ($500.00) if said Kimberly Loftis would

withdraw her complaint concerning wiretapping, with the intent to influence and prevent the testimony of Kimberly Loftis in an official proceeding, that is, the prosecution of defendant in a court of the United States for violation of Title 18, United States Code, Section 2511(1)(a), all in violation of Title 18, United States Code, Section 1512(b).

**A TRUE BILL**

/s/
**Foreperson of the Grand Jury**

/s/ Richard E. Monroe
Richard E. Monroe
Assistant United States Attorney