# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 06-3122-01-CR-S-GAF |
| RICHARD A. HUGH, ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence. Defendant argues that evidence seized at his residence as a result of a state search warrant executed on February 10, 2006, should be suppressed. Defendant contends that the supporting affidavit was inadequate to establish probable cause for the issuance of the warrant to search the described premises.

On March 5, 2007, Chief United States Magistrate Judge James C. England issued his Report and Recommendation. Defendant did not file objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is OVERRULED and DENIED.

SO ORDERED.

                                          <u>s/ Gary A. Fenner</u>
                                          GARY A. FENNER, JUDGE
                                          UNITED STATES DISTRICT COURT

DATED: March 28, 2007